STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6946     AND FILED ON      8/2/2007

GENE A. SMITH                                                                  Plaintiff(s)/Petitioner(s)

                                    Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/10/2007 at 10:10AM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    PHILIP AMICONE, MAYOR                                (herein called recipient)
At Location:     CITY OF YONKERS                                       therein named.
                 CITY HALL, 40 SOUTH BROADWAY
                 YONKERS NY

By delivering to and leaving with GERI WRAY, LEGAL SECRETARY a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 8/10/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLOND |
| Age | 50/55 | Height | 5'4" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 8/10/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4685702
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.6946  AND FILED ON  8/2/2007

GENE A. SMITH

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                ) 
                                                  ) SS
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __8/8/2007__ at __11:00AM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER     (herein called recipient)
At Location: 100 SOUTH BROADWAY                         therein named.

YONKERS NY

By delivering to and leaving with __ED FITZGERALD, DIRECTOR OF SPECIAL PROJECT__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __8/9/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 50/60 | Height | 6'8" | Weight | 275 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __8/9/2007__.

_Gail Williams_ (signature)                                    _John Axelrod_ (signature)

GAIL WILLIAMS                                                  Server's License#:
Notary Public, State of New York
Qualified in ...
Commission E... 2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6946  AND FILED ON  8/2/2007

GENE A. SMITH  Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, INDIVIDUALLY, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/10/2007 at 10:10AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: CITY OF YONKERS, NEW YORK  (herein called recipient) therein named.

At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY

By delivering to and leaving with GERI WRAY and that deponent knew the person so served to be the LEGAL SECRETARY of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM  Color of Skin WH  Color of Hair BLOND
Age 50/55  Height 5'4"
Weight 125  Other Features

Sworn to before me on 8/10/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4685052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: