AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GENE A. SMITH,
v.
PHILIP AMICONE, individually, EDMUND HARNETT, individually, CITY OF YONKERS, NEW YORK, and POLICE OFFICER JOHN DOE, individually.

APPEARANCE

Case Number: 07Cv. 6946(CLB)(GAY)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, PHILIP AMICONE, individually, EDMUND HARNETT, individually, CITY OF YONKERS, NEW YORK, and POLICE OFFICER JOHN DOE, individually.

I certify that I am admitted to practice in this court.

April 3, 2008
Date

*[signature]*
Signature

Brian T. Belowich | BB6910
Print Name | Bar Number

DelBello Donnellan -- One North Lexington Ave.
Address

White Plains, NY 10601
City    State    Zip Code

(914) 681-0200 | (914) 684-0288
Phone Number | Fax Number