UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZHERKA, et al.,

                      Plaintiff,

       - against -

Amicone,

                     Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9618 (CLB) (MDF)
07 Civ. 7692 (CLB) (MDF)
07 Civ. 7600 (CLB) (MDF)
07 Civ. 7080 (CLB) (MDF)
07 Civ. 6941 (CLB) (MDF)
07 Civ. 7595 (CLB) (MDF)
07 Civ. 8184 (CLB) (MDF)
07 Civ. 8048 (CLB) (MDF)
07 Civ. 6946 (CLB) (MDF)
08 Civ. 2062 (CLB) (MDF)
08 Civ. 1506 (CLB) (MDF)
08 Civ. 8186 (CLB) (MDF)

     The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____
    _____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED: White Plains, New York
          June 12, 2008

                                                                                     _/s/ Charles L. Brieant_
                                                            United States District Judge