# UNITED STATES DISTRICT COURT
## 300 QUARROPAS STREET
## WHITE PLAINS, N.Y. 10601
## 914-390-4127

CHAMBERS OF MAGISTRATE JUDGE
MARK D. FOX

DESK OF ED. MODUGNO
COURT DEPUTY

Date July 10, 2008

## MEMORANDUM

From: Judge Mark D. Fox, USMJ

To: All Litigants



Effective August 6, 2008, The Hon. Mark D. Fox, USMJ will be retiring from the bench, all cases referred to him will be maintained and monitored by his Courtroom Deputy Ed. Modugno until a new Magistrate Judge is in place. In case of extensions of time, discovery disputes, etc. you can contact Mr. Modugno, at 914-390-4127 he will arrange for another Magistrate Judge to handle the matter.

Respectfully,

Mark D. Fox
U.S. Magistrate Judge

cc: Hon. Lisa Margaret Smith
 Hon. George A.. Yanthis
 Hon. Mark D. Fox
 Robert Rogers, Chief Deputy
 Lorraine Lombardo, Asst. Chief Deputy
 Fiona Keegan, Docketing Supervisor